UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Anthony C Medina,<br><br>  Plaintiff,<br>v.<br><br>Convergent Outsourcing, Inc.,<br><br>  Defendant. | Civil Action No.: 5:21-cv-00480-FB-ESC |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: September 27, 2021

Respectfully submitted,

By: __/s/ Sergei Lemberg__

Sergei Lemberg, *Attorney-in-Charge*
Connecticut Bar No. 425027
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: slemberg@lemberglaw.com
Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

   I hereby certify that on September 27, 2021, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

          By  /s/ Sergei Lemberg

            Sergei Lemberg