# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| Anthony C Medina, | : |
| | : Civil Action No.: 5:21-cv-00480-FB-ESC |
| Plaintiff, | : |
| v. | : |
| Convergent Outsourcing, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

| Anthony C Medina | Convergent Outsourcing, Inc. |
|---|---|
| /s/ Sergei Lemberg | /s/ Charles R. Penot, Jr. |
| Sergei Lemberg, *Attorney-in-Charge* | Charles R. Penot, Jr. |
| CT Bar No. 425027 | TX Bar No. 24062455 |
| LEMBERG LAW, L.L.C. | SESSIONS, ISRAEL & SHARTLE, LLC |
| 43 Danbury Road, 3rd Floor | 900 Jackson Street, Suite 440 |
| Wilton, CT 06897 | Dallas, Texas 75202 |
| Telephone: (203) 653-2250 | Telephone: (214) 741-3009 |
| Facsimile: (203) 653-3424 | Facsimile: (214) 741-3098 |
| slemberg@lemberglaw.com | Email: cpenot@sessions.legal |
| Attorney for Plaintiff | |
| | Dayle M. Van Hoose |
| | SESSIONS, ISRAEL & SHARTLE, LLC |
| | 3350 Buschwood Park Drive, Suite 195 |
| | Tampa, FL 33618 |

> Telephone: (813) 890-2460
> Facsimile: (877) 334-0661
> Email: dvanhoose@sessions.legal
> Attorneys for Defendant,
> Convergent Outsourcing, Inc.

## CERTIFICATE OF SERVICE

   I hereby certify that on November 8, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Western District of Texas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

               By   /s/ Sergei Lemberg

                 Sergei Lemberg